**FILED**

**AUG 2 6 2008**

**Clerk, U.S. District and Bankruptcy Courts**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AKIL JAHI NESBY     )
3824 5th Street, NW    )
Washington, DC 20011   )
            )
 Plaintiff,      )
            )  Case: 1:08-cv-01471
 v.         ) C Assigned To : Sullivan, Emmet G.
            )  Assign. Date : 8/26/2008
THE HOME DEPOT▬▬  )  Description: Employ. Discrim.
2455 Paces Ferry Road, NW  )
Atlanta, Georgia  30339-4024 )
            )
 Defendant.    )

## NOTICE OF REMOVAL

   Defendant, THE HOME DEPOT, U.S.A., Inc., by and through undersigned counsel, and

without waiving any defenses it may have, files this Notice of Removal to this Court pursuant to 28

U.S.C. § 1331, 1441, 1446 and hereby states as follows:

   1.  On or about August 5, 2008, Plaintiff, Akil Jahi Nesby, instituted this action against

Defendant by the filing of a Summons and Complaint in the Superior Court of the District of

Columbia, Civil Division.  This action is now pending in the Superior Court as Civil Action No.:

0005720-08.

### Grounds for Removal

   2.  This Court has original jurisdiction over this action by virtue of 28 U.S.C § 1332

because it involves a plaintiff who is a resident of District of Columbia and a foreign corporation,

which is organized under the laws of Delaware and has its principal place of business in Atlanta,

Georgia. The plaintiff's complaint seeks $20,000,000, well in excess of the jurisdictional amount in

controversy needed for removal.

## Consent of Other Defendants

3.      There are no other defendants who need to join or consent to this Notice of Removal.

## Timeliness of Removal

4.      This Notice of Removal is timely under 28 U.S.C. §1446(b).  Defendant received notice of this action on August 7, 2008.

## Attachment of State Court Pleadings

5.      Defendants have attached to this Notice as Exhibit A, a complete copy of the state court file.

## Notice of Removal Given to State Court

6.      A Notice of Removal to Federal Court is being filled in the Superior Court for the District of Columbia.  A copy of the notice provided to the state court is attached to this Notice as Exhibit B.

## Conclusion

7.      Removal of this action is proper under 28 U.S.C. §1441 because it is a civil action brought in a state court and the federal district court has original jurisdiction pursuant to 28 U.S.C. §1332, diversity.

WHEREFORE, pursuant to these statutes in conformance with requirements set forth in 28 U.S.C. § 1446, Defendant removes this action for trial from the Superior Court for the District of Columbia on this 26th day of August, 2008.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER, Chartered



2

By: _James R. Hammerschmidt_

James R. Hammerschmidt, Esq. Bar No.: 448128
Email: jrh@paleyrothman.com
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814
(301) 656-7603

Attorneys for Home Depot, U.S.A., Inc.

### Certificate of Service

I hereby certify that a true and correct copy of this document was served via first class mail, postage pre-paid, this 26 day of August, 2007 upon the following:

AKIL JAHI NESBY
3824 5th Street, NW
Washington, DC 20011

JAMES R. HAMMERSCHMIDT, ESQUIRE

3

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Akil Jahi Nesby
3824 5th St. NW
Washington DC. 2001   *Plaintiff*

0005720-08

*vs.*

CIVIL ACTION No. _____

Home Depot
2400 Broening Highway
Suite 105
Baltimore MD 21224
Serving Registered Agent   *Defendant*

1.   Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

See    Attachment

Case: 2008 CA 005720 B

**Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 20 million with interest and costs.**

Phone:   202-285-0018

DISTRICT OF COLUMBIA, SS

_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

(Plaintiff)                                           (Agent)

Subscribed and sworn to before me this   5th   day of   August   20 08

(Notary Public/Deputy Clerk)

FORM CA-001B Nov 99

08 1471
FILED
AUG 26 2008
Clerk, U.S. District and Bankruptcy Courts

My name is Akil Nesby.

My reason for filing this claim is that I want to file a formal complaint against Home Depot store mangers Mr. Antonio and Ms. Charotte Mackey. I believe I was wrongfully fired from my position at the Home Depot location 2564 in PG county. Since I've been working at Home Depot I've been harassed I felt uncomfortable and fear for my job. I never miss a day of work since I've begun working at Home Depot. I was always professional, and demonstrated excellent customer service. I can only believe since I was not given explanation for being terminated, I was let go because I was not able to arrive at work by 6am. However it was explain to my supervisors and mangers that I was not able to arrive at work at these times, because I relied heavenly on public transportation which did not began running until 7am on the weekends. As a resort I believe I was wrongfully fired a couple of days away from meeting my 90 days probation period.



CA Form 1

# Superior Court of the District of Columbia
### CIVIL DIVISION
**500 Indiana Avenue, N.W., Room JM-170**
**Washington, D.C. 20001 Telephone: 879-1133**

AKil JaHi Nesby

**Plaintiff**

vs. Home Depot
/A CSC Services
**Defendant**
1070 Vermont Ave NW
Washington 20005

Civil Action No. __08- 5720__

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

AKil JaHi Nesby
Name of Plaintiff's Attorney

2824 5th St NW
Address
Washington DC 20011

702 - 288-0018
Telephone

By _____
Deputy Clerk

Date  8/6/08

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(3153)/Feb. 93

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

## Superior Court of the District of Columbia

### CIVIL DIVISION

AKil # JaHi Nesby

_____

_Plaintiff(s)_

Home Depot    vs.

**FILED**
**CIVIL ACTIONS BRANCH**

**AUG 0 5 2008**

Superior Court
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Case No. _____

### MOTION TO PROCEED WITHOUT PREPAYMENT OF COSTS—IN FORMA PAUPERIS

Comes now the AKil JaHi Nesby _____ and respectfully request this honorable court to allow them to proceed without prepayment of costs for the following reason(s):

I'm a unemploy

_____

_____

_____

Printed name: AKil JaHi Nesby

Address:

3529  5th  St  NW

WAshington DC. 20011

Signature: AKil Nby

Home phone no.

Business phone no.

### CERTIFICATE OF SERVICE

I certify that a copy of the above was mailed, postage prepaid, on _____, 20 _____,

To:

| Name: | Name: |
|-------|-------|
| Address: | Address: |
| | |

Signature

### POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____

_____

Signature

Form: CVille-15Dure/de 98

© 2008 [no.777]

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT

Jacket No. _____

**FINANCIAL STATEMENT**

_Akia Jali Nesby_ v. _Home Depot_                    Date _____

NAME

_Akil Jali Nesby_

SOCIAL SECURITY NO: _____          OCCUPATION: _____

NAME AND ADDRESS OF CURRENT EMPLOYER:

I claim _____ exemptions
for withholding tax purposes.

**INCOME INFORMATION**

**AVERAGE MONTHLY EXPENSES**

| | | Wife/Husband | Children |
|---|---|---|---|
| 1. Monthly gross wages | $ ⊘ | Housing, etc | |
| | | Rent/Mortgages | $ | $ |
| 2. Less Mandatory Monthly Deductions: | | Utilities | | |
| | | Taxes | | |
| Federal Income Tax $ | | Food | | |
| State Income Tax | | Groceries/Household Supplies | 200 | |
| Retirement: | | Meals Out 200 | | |
| FICA | | Automobile | | |
| Social Security | | Payment | | |
| Medical Insurance | | Gas/Oil | | |
| Other $ | | Repairs | | |
| TOTAL $ | | Insurance | | |
| | | Tags | | |
| 3. Monthly Net Wages $ C | | | | |
| (Subtract Line 2 form line 1) | | Life Insurance | | |
| | | (List beneficiaries) | | |
| 4. Monthly income form all other sources | | | | |
| (e.g., part time or overtime wages, fees | | | | |
| rents, dividends, commissions, unem | | | | |
| ployment compensation, disability, | | | | |
| social security, retirement, interest, | | Health Insurance (not listed as | | |
| bonuses, etc.) $ ⊘ | | income deduction) | | |
| 5. Less Other Mandatory Monthly Deductions: | | School | | |
| Federal Income Tax $ | | Tuition | | |
| State Income Tax | | Supplies/Fees | | |
| Retirement: | | Child Care Expenses | | |
| FICA | | To allow for employment/ | | |
| Social Security | | Education | | |
| | | To allow for recreation | | |
| Medical Insurance | | Lesson (e.g. music, dance, art) | | |
| Other | | Allowance | | |
| TOTAL $ | | Clothing/Uniforms | 200 | |
| 6. Monthly Net Income form | | Dry Cleaning/Laundry | | |
| All other sources $ ⊘ | | Medical Expenses | | |
| (Subtract Line 5 from Line 4) | | (Unpaid by Insurance) | | |
| 7. Total Monthly Net | | Charitable Contributions | | |
| Disposable Income $ ⊘ | | Recreation | | |
| Total Monthly Gross Income $ | | Vacations | | |
| 8. Total Monthly Gross Income $ | | Miscellaneous: | | |
| (add Lines 1 and 4) | | | | |
| SUMMARY | | | | |
| 9. Total Monthly Net | | Period Payments Required on Bills: | | |
| Disposable Income $ ⊘ | | | | |
| 10. Less Total Monthly Expenses $ 600 | | | | |
| 11. Difference: $ 600 | | Total Monthly Expenses 600 | | |

NOTE: If you are paid weekly, multiply your weekly gross wages by 4.3 to arrive at your monthly gross wage. If you are paid every two weeks multiply your bi-weekly gross wages by 2.15 to arrive at your monthly gross wage.

PLEASE ATTACH LATEST WAGE STATEMENTS SHOWING YOUR DEDUCTIONS.

## LIABILITIES

| Type of Debt | To Whom Owned | Date Incurred | Total Amount of Debt | Amount Paid to Date | Balance D |
|---|---|---|---|---|---|
| cell phone | AT&T | | | | $300 |
| | BAll? | | | | $52 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Liabilities: $352

## ASSETS
(List as separately or jointly owned with spouse)

## SUMMARY

| | Separate | Joint |
|---|---|---|
| Cash /on hand | 0 | |
| Automobiles /Value | 0 | |
| Bank Accounts | 0 | |
| Bonds | 0 | |
| Notes | 0 | |
| Real Estates | | |
| Stocks | | |
| Personal Property | | |
| | | |
| | | |
| Total Assets | 0 | |

| | Separate | Joint |
|---|---|---|
| Total Assets | 0 | |
| Less Total Liabilities | $352 | |
| Net Worth | $350 | |

I certify that this statement indicates my current financial situation to the best of my knowledge.

Subscribed and sworn to before me this _____ day of _____ 20___

(Deputy clerk or Notary Public)

# Superior Court of the District of Columbia
## CIVIL DIVISION

Aki Jnthi Neshi
_____
Plaintiff

vs.

Civil Action No. _____

Home Depot
_____
Defendant

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I further swear that the responses which I have made to questions and instructions below relating to my ability to pay the cost of proceeding in this action are true.

1.  Are you presently employed?   Yes_____  No___✓___
    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received

    _____

    _____

2.  Have you received within the past twelve months any money from any of the following sources?
    a.  Business, profession or form of self-employment?   Yes_____  No___✓___
    b.  Rent payments, interest or dividends?   Yes_____  No___✓___
    c.  Pensions, annuities or life insurance payments?   Yes_____  No___✓___
    d.  Gifts or inheritance?   Yes_____  No___✓___
    e.  Any other sources?   Yes_____  No___✓___

    If the answer to any of the above is yes, describe each source of money and state the amount received form each during the past twelve months.

    _____

    _____

    _____

    _____

3. Do you own any cash, or do you have money in checking or savings account? Yes_____
No._____ (Include any funds in prision accounts). If the answer is yes, state the total value
of the items owned.

_____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property
(excluding ordinary household furnishings and clothing)? Yes_____ No._____
If the answer is yes describe the property and state its approximate value.

_____

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those
persons, and indicate how much you contribute toward their support.

My Son Hakeem Middleton And My

Daughter Akira Nesby

7 Pinole

I have read and subscribed to the above and swear, under oath, that the information is true
and correct. I understand that a false statement or answer to any question in this affidavit
will subject me to penalties for perjury.

X _____
(Plaintiff's signature)

_____ being first duly sworn under oath, presents that he
has read and subscribed to the above and states that the information herein is true and correct.

X _____
(Plaintiff's signature)

SUBSCRIBED AND SWORN TO before me this

_____ day of _____ , 20 ____.

_____
Notary Public or other person
Authorized to administer an oath

# Superior Court of the District of Columbia

## CIVIL DIVISION

AKil JaHi Nesbi

vs.

Home Depot

Civil Action No. _____

Defendant(s)

**FILED**
CIVIL ACTIONS BRANCH
RECEIVED AND INFORMED
AUG 2008
CIVIL CLERK'S OF
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

### ORDER

Upon consideration of _AKil JaHi Nesbi_ motion to proceed *in forma pauperis*, it is this __5th__ day of _August_, 20 08.

ORDERED that said motion is

☑ Granted, and the prepayment of court costs is hereby waived.

☐ Denied without prejudice, on the grounds that

It is further ORDERED that

Copies to:

_R. Weithn_
**JUDGE**



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

AKIL JAH NESBY
Vs.
THE HOME DEPOT

C.A. No.    2008 CA 005720 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge JENNIFER M ANDERSON
Date:  August 5, 2008
Initial Conference: 9:30 am, Friday, November 14, 2008
Location:  Courtroom A-50
            515 5th Street N.W.
            WASHINGTON, DC  20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc



# Superior Court of the District of Columbia
## CIVIL DIVISION

AKIL JATH Nesby
_Plaintiff_

HOME DEPOT as
F/A CSC SERVICES
1090 VERMONT AVE NW
WASHINGTON DC 20005 _Defendant_

FILED
CIVIL BRANCH
AUG 06 2008
SUPER...
OF THE DISTRICT
WASHINGTON DC

Case: 2008 CA 005720 E

Civil Action No. 08 - 5720

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, Ladonia M Johnson _____ having been

duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose
and say:

That my age and date of birth are as follows: 38  8/date  8/26/69

That the residential or business address is: 442 RANDOLPH St NW Washington DC
20011
That at 1:40 o'clock a.m. p.m. on the 6 day of August

20 ___

☐ I served the above named defendant(s)   personally) _____

_____ (defendant's name) a copy

of the Summons, Complaint and Initial Order at _____

☑ I served the above named defendant(s) Home Depot F/A CSC SERVICES
1090 VERMONT AVE NW Washington DC 20005
(defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or business

at 1090 VERMONT AVE NW
Washington DC 20005 with Tracey J Butler a person of

approximately ___ years of age, who stated that he/she resides therein with the defendant.

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from
which the Court can determine that the person who signed the receipt meets the appropriate qualifications for
receipt of process as required by SCR (Civil) Rule (2).

FEE OF SERVICE    _[signature]_                        _[signature]_
                  Process Server                        Deputy Signature
                                                        Clerk

_[subscribed ...]_  6th  day  August                    20 08

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
**Civil Division**

|  |  |  |
|---|---|---|
| AKIL J. NESBU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 0005720-08 |
| | ) | |
| HOME DEPOT | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF FILING A NOTICE OF REMOVAL</u>**

COMES NOW the Defendant, THE HOME DEPOT, U.S.A., Inc., by and through its

undersigned counsel, gives notice of the filing of a Notice of Removal in the United States

District Court for the District of Columbia effecting removal of this action to that Court, a

copy of which is attached hereto.

Respectfully submitted,

PALEY, ROTHMAN, GOLDSTEIN
ROSENBERG, EIG & COOPER CHARTERED

BY: *Hope B. Eastman /hc*

Hope B. Eastman, Esq.
James R. Hammerschmidt, Esq.
4800 Hampden Lane, 7th Floor
Bethesda, MD  20814
(301) 951-9326
*Attorneys for Defendant*

08 1471

**FILED**

AUG 2 6 2008

**Clerk, U.S. District and
Bankruptcy Courts**

## Certificate of Service

I hereby certify that a true and correct copy of this Notice of Filing a Notice of Removal was served via first class mail, postage pre-paid, this 26 day of August, 2008 upon the following:

AKIL JAHI NESBY
3824 5th Street, NW
Washington, DC 20011

Hope B. Eastman, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_AKIL  J.  NESBY_____
Plaintiff

                    v.                    Civil Action No.   **08  1471**

                                          **AUG 2 6 2008**

_THE  HOME  DEPOT_____
Defendant

     The above entitled action, removed from the Superior Court for the District of Columbia,

has been filed and assigned to Judge _____**SULLIVAN, J. EGS**_____.  All counsel and/or pro se

litigants must include on any subsequent pleadings both the civil action number and the initials

of the judge assigned to this action.  (See preceding sentence for judge's initials).

     Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the

bar of this Court to appear, file papers or practice.  To assist the Clerk's Office in properly

recording all counsel of record, counsel for all parties must enter their appearance in accordance

with our Local Rule 83.6(a).  Timely compliance with this requirement will enable the Clerk's

Office to ensure prompt delivery of notices and orders.

     Finally, your attention is called to Local Rule 16.3, Duty to Confer.  This rule clearly

spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court

on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_____
Deputy Clerk

cc: _Akil Nesby_

929A
Rev. 7/02

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Akil J Nesby

11001

**DEFENDANTS**

The Home Depot, U.S.A., Inc.

88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

D.C.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro Se
3824 5th Street, NW
Washington, DC 20011

Case: 1:08-cv-01471
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/26/2008
Description: Employ. Discrim.

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
   Plaintiff

○ 2 U.S. Government
   Defendant

○ 3 Federal Question
   (U.S. Government Not a Party)

◉ 4 Diversity
   (Indicate Citizenship of
   Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX

FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust

☐ 410 Antitrust

### ○ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
      Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ◉ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or
      defendant
☐ 871 IRS-Third Party 26
      USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
      of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
      Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
      Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
      Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
      Exchange
☐ 875 Customer Challenge 12 USC
      3410
☐ 900 Appeal of fee determination
      under equal access to Justice
☐ 950 Constitutionality of State
      Statutes
☐ 890 Other Statutory Actions (if
      not administrative agency
      review or Privacy Act

| O  G. *Habeas Corpus/ 2255* | ◉  H. *Employment Discrimination* | O  I. *FOIA/PRIVACY ACT* | O  J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| O  K. *Labor/ERISA (non-employment)* | O  L. *Other Civil Rights (non-employment)* | O  M. *Contract* | O  N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

O 1 Original Proceeding   ◉ 2 Removed from State Court   O 3 Remanded from Appellate Court   O 4 Reinstated or Reopened   O 5 Transferred from another district (specify)   O 6 Multi district Litigation   O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
something related to his termination of employment  23 b 1551 , 1441 , 1446

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ 20 million | Check YES only if demanded in complaint |
|---|---|---|---|
| | | JURY DEMAND: | YES ☐   NO ☒ |

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 08/26/2008    SIGNATURE OF ATTORNEY OF RECORD  *James E. ̶̶̶̶̶̶̶*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.