IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIL JAHI NESBY<br>3824 5th Street, NW<br>Washington, DC 20011<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT<br>2455 Paces Ferry Road, NW<br>Atlanta, Georgia  30339-4024<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 08-cv-01471 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to the Local Rules, Defendant, Home Depot[1], hereby provides the following information:

1. The Home Depot U.S.A., Inc. is a non-publicly-held corporation organized under the laws of the State of Delaware which operates retail home improvement warehouses throughout the Untied States.

2. Home Depot U.S.A., Inc. is a wholly-owned subsidiary of The Home Depot, Inc., which is a publicly owned corporation.

3. Other than the above, there are no corporations, associations, partnerships or other business entities, not a party to the case, which may have a financial interest in the outcome of this litigation.

                                          PALEY, ROTHMAN, GOLDSTEIN,
                                          ROSENBERG, EIG & COOPER, CHARTERED

                                          By: _____/s/_____
                                            James R. Hammerschmidt, Esq. Bar No. 448128
                                            4800 Hampden Lane, 7th Floor

---

[1] In his Superior Court filing Plaintiff named the defendant as only Home Depot.  Home Depot is not the proper corporate entity and as such cannot appropriately make the required Corporate Disclosure.  Defense counsel will be making a motion to the Court to correctly identify the Defendant as The Home Depot, U.S.A., Inc.  The corporate disclosure information is made on behalf of the correct entity, The Home Depot, U.S.A., Inc.

Bethesda, MD  20814
(301) 951-9338
*Attorneys for Defendants*
